1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  TERRANCE ROBIN FURNESS,                    1:11-cv-01808-AWI-DLB (HC)

10                     Petitioner,            ORDER DISREGARDING PETITIONER'S
                                              NOTICE OF APPEAL AND REQUEST FOR
11          v.                                CERTIFICATE OF APPEALABILITY AS
                                              PREMATURE
12
13  JAMES D. HARTLEY,                         [Doc. 8]

14                     Respondent.
    _____/
15

16          Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28

17  U.S.C. § 2254.

18          On December 6, 2011, the undersigned issued an order dismissing the instant petition

19  and granted Petitioner thirty days to file an amended petition.

20          On December 27, 2011, Petitioner filed a notice of appeal and request for a certificate of

21  appealability.

22          Petitioner's notice of appeal is premature as the Court's December 6, 2011, order was not

23  a final appealable order and the appeal shall be disregarded.  See e.g. Serine v. Peterson, 989

24  F.2d 371, 372-373 (9th Cir. 1993) (notice of appeal filed after the filing of a Magistrate Judge's

25  findings and recommendations to dismiss the district court action, but before the District Judge

26  adopted the Magistrate Judge's findings and recommendations and entered judgment, was held to

27  be premature because the Magistrate Judge's order could not form the basis of final judgment

28  without subsequent intervention by the district court).

Accordingly, it is HEREBY ORDERED that:

1.    Petitioner's notice of appeal and request for a certificate of appealability are DISREGARDED as PREMATURE; and

2.    Within thirty (30) days from the date of service of this order, Petitioner shall submit an amended petition in compliance with the Court's December 6, 2011, order or the undersigned will recommend dismissal of the action.

IT IS SO ORDERED.

**Dated:**    **January 3, 2012**                    _____/s/ **Dennis L. Beck**_____
                                                     UNITED STATES MAGISTRATE JUDGE